FILED

07/15/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0734

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0734

_____

WILLIAM SCOTT ROGERS, individually and on
behalf of all others similarly situated,

       Plaintiffs and Appellants,

  v.

LEWIS & CLARK COUNTY, LEWIS & CLARK
COUNTY SHERIFF'S OFFICE, LEO C. DUTTON in
his capacity as Lewis & Clark County Sheriff, JASON
GRIMMIS, in his capacity as Lewis & Clark County
Undersheriff and former Captain for the Lewis & Clark
County Detention Center, ALAN HUGHES, in his
capacity as Captain for the Lewis & Clark Detention
Center, JOHN and JANE DOES 1 through 50, in their
capacity as Employees of the Lewis & Clark County
Detention Center,

       Defendants and Appellees.

                                   O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Michael F. McMahon, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 15 2020